BANK OF JAMESTOWN, as Administrator with the Will Annexed of the Estate of ROSE P. SHANNON, Deceased, Respondent, *v.* THE CATTARAUGUS COUNTY BANK OF LITTLE VALLEY, NEW YORK, Appellant.

(Argued March 20, 1935; decided April 17, 1935.)

*Alonzo J. Prey* for appellant.

*Allen E. Bargar* and *Lynn R. Van Vlack* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.